■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS ZEILNHOFER, WILLIAM ZEILNHOFER, JAY S. DASHEFSKI, and GARY SROUR, Appellants.—Appeals by defendants from four judgments (one as to each of them) of the Supreme Court, Queens County, each rendered March 29, 1977, convicting them of possession or transportation for the purpose of sale of unstamped or unlawfully stamped cigarettes, as a misdemeanor, upon their pleas of guilty, and imposing sentence. Judgments affirmed (People v Tuzzino, 54 AD2d 744; People v Rizzo, 40 NY2d 425, 430; People v Giammarino, 53 AD2d 871, affd 42 NY2d 1090). These cases are remitted to the Criminal Term for further proceedings in accordance with CPL 460.50 (subd 5). Hopkins, J. P., Martuscello, Latham and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN BRANDON, Appellant, v ROY BOMBARD, as Superintendent, Green Haven Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated April 28, 1976, which (1) dismissed the petition and (2) transferred the application to the Supreme Court, New York County, pursuant to 22 NYCRR 683.1. Judgment modified by deleting therefrom the provision which dismissed the petition. As so modified, judgment affirmed, without costs or disbursements. There is no merit to this appeal and it should never have been taken. However, we have modified the judgment to conform to the requirements of 22 NYCRR 683.1. Shapiro, J. P., Cohalan, Margett and Hawkins, JJ., concur.